FILED
September 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA


0002968114

Certificate Number: 01356-CAE-DE-012481908

Bankruptcy Case Number: 10-45198

01356-CAE-DE-012481908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2010, at 12:58 o'clock AM EDT, Jennifer Celentano completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:   September 28, 2010            By:    /s/Elana Walker for Victoria Wright

                                      Name:  Victoria Wright

                                      Title: Executive Director of Education